| | |
|---|---|
| LEWIS JOHNSON<br>    Plaintiff, | CIVIL ACTION NO. 1:00 CV-1873 |
| v. | |
| HERSHEL W. GOBER, Acting<br>Secretary Of Veterans Affairs;<br>RODNEY KISCADDEN; ALICE<br>FIDLER; PEG WINTERS; IRVIN<br>ERICKSON; RAYMER KENT; and<br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES<br>LOCAL 1966<br>    Defendants | (Judge Kane)<br><br>FILED<br>HARRISBURG<br>FEB 23 2001<br>MARY E. D'ANDREA, CLERK<br>Per_____ DEPUTY CLERK<br><br>JURY TRIAL DEMANDED |

### PRAECIPE FOR WITHDRAWAL AND ENTRY OF APPEARANCE

Kindly withdraw the appearance of the law firm of Serratelli, Schiffman, Brown & Calhoon, P.C., as attorneys for Plaintiff in the above-captioned matter.

                                             SERRATELLI, SCHIFFMAN, BROWN
                                                  & CALHOON, PC

By_____
        Steven J. Schiffman, Esquire
        I.D. No. 25488
        Suite 201, 2080 Linglestown Road
        Harrisburg, PA 17110
        (717) 540-9170
        Attorneys for Plaintiff

Kindly enter the appearance of Andrew J. Ostrowski, Esquire, as attorney for Plaintiff in the above-captioned matter.

                                                                                  _____
                                                                                  Andrew J. Ostrowski, Esquire
                                                                                  I.D. No. 66420
                                                                                  4311 N. Sixth Street
                                                                                  Harrisburg, PA 17110
                                                                                  (717) 221-9500
Dated: February 19, 2001                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document, by depositing such in the U.S. Mail, first class, postage prepaid, addressed as follows:

Martin R. Cohen, Esquire
Suite 117, 10 Presidential Blvd.
Bala Cynwyd, PA 19004

By _____
Andrew J. Ostrowski, Esquire
4311 North Sixth Street
Harrisburg, PA  17110
(717) 221-9500

Dated: February 20, 2001