IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON | : CIVIL ACTION NO. 1:CV-00-1873 |
| | : |
| Plaintiff | : |
| | : |
| v. | : (Judge Kane) |
| | : |
| HERSHEL W. GOBER, et al. | : |
| | : |
| Defendant | : |

FILED
HARRISBURG, PA

MAR 1 9 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

## O R D E R

AND NOW, this _19th_ day of March, 2001, **IT IS HEREBY ORDERED THAT**
the Case Management Conference scheduled for March 28, 2001, at 10:00 a.m., **will be held by**
**telephone. The placement of the telephone conference call is the responsibility of the**
**parties. The telephone number of the court is 717-221-3990.**

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 19, 2001


Re:  1:00-cv-01873    Johnson v. Gober



True and correct copies of the attached were mailed by the clerk
to the following:


        Andrew J. Ostrowski, Esq.
        4311 N. 6th St.
        Harrisburg, PA  17110

        Martin R. Cohen, Esq.
        American Federation of Government Employees
        Assistant General Counsel
        Ten Presidential Blvd
        Bala Cynwyd, PA  19004

        Mark D. Roth, Esq.
        80 "F" Street, N.W.
        Washington, DC  20001



cc:
Judge                       ( /)              ( ) Pro Se Law Clerk
Magistrate Judge            ( )               ( ) INS
U.S. Marshal                ( )               ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen    ( )   PA Atty Gen ( )
                                     DA of County   ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____      ( )
                                          MARY E. D'ANDREA, Clerk

DATE: _____3/19/01_____          BY: _____
                                          Deputy Clerk