IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEWIS JOHNSON** | : | CIVIL ACTION NO. 1:CV-00-1873 |
| **Plaintiff** | : | |
| v. | : | (Judge Kane) |
| **HERSHEL W. GOBER, et al.** | : | |
| **Defendant** | : | |

FILED
HARRISBURG, PA

MAR 2 3 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

## O R D E R

AND NOW, this 23rd day of March, 2001, **IT IS HEREBY ORDERED THAT** the Case Management Conference scheduled for March 28, 2001, at 10:00 a.m., is **RESCHEDULED** to **April 5, 2001**, at 10:00 a.m.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 23, 2001

Re: 1:00-cv-01873    Johnson v. Gober

True and correct copies of the attached were mailed by the clerk to the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

faxed

Martin R. Cohen, Esq.
American Federation of Government Employees
Assistant General Counsel
Ten Presidential Blvd
Bala Cynwyd, PA  19004

Mark D. Roth, Esq.
80 "F" Street, N.W.
Washington, DC  20001

cc:
Judge                              (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                   ( )              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to: US Atty Gen    ( )    PA Atty Gen ( )
                                             DA of County  ( )    Respondents ( )
Bankruptcy Court                   ( )
Other_____( )

MARY E. D'ANDREA, Clerk

3-23-01