

$\bullet$ **ORIGINAL** $\bullet$

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEWIS JOHNSON**<br>     **Plaintiff,** | : | **CIVIL ACTION NO. 1:CV-00-1873** |
| | : | |
| **v.** | : | **FILED**<br>HARRISBURG, PA |
| | : | |
| **HERSHEL W. GOBER, Acting** | : | |
| **Secretary Of Veterans Affairs;** | : | MAR 27 2001 |
| **RODNEY KISCADDEN; ALICE** | : | |
| **FIDLER; PEG WINTERS; IRVIN** | : | ANDREA, CLERK |
| **ERICKSON; RAYMER KENT; and** | : | (Judge Kane) |
| **AMERICAN FEDERATION OF** | : | |
| **GOVERNMENT EMPLOYEES** | : | |
| **LOCAL 1966** | : | **JURY TRIAL DEMANDED** |
| **Defendants** | : | |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
### TO COMPLETE SERVICE OF PLAINTIFF'S COMPLAINT

AND NOW, comes Plaintiff, Lewis Johnson, by his attorney, Andrew J. Ostrowski, pursuant

to Fed. R. Civ. P. 4(m), and in support of his Motion for Enlargement of Time Within Which to

Complete Service of his Complaint, avers as follows:

1. Plaintiff's Complaint was filed, <u>pro se</u>, on October 23, 2000.

2. Within 120 days of filing, Plaintiff had attempted service on Defendants and received

waivers of service from Defendants American Federation of Government Employees and Peg

Winters, but received no response from the remaining Defendants.

3. Undersigned Counsel subsequently entered an appearance for Plaintiff during a time

when Counsel was in the midst of relocating his practice, an undertaking that required considerable

time and effort.

4. In preparation for the Case Management conference scheduled by the Court, Plaintiff's

Counsel determined that, other than AFGE and Winters, no Defendant has pleaded in response to

Plaintiff's Complaint or otherwise appeared to defend against the allegations of his Complaint, and Plaintiff's initial service attempts may have been defective.

5.     Plaintiff has initiated efforts to effect proper service on all Defendants, and, inasmuch as Plaintiff has exercised diligence in attempting service, and has kept the Court advised of the status, Plaintiff requests an enlargement of time within which to make service.

**WHEREFORE,** Plaintiff respectfully requests an appropriate Order enlarging the time within which to serve the Summons and Complaint.

Respectfully submitted,

_____
Andrew J. Ostrowski, Esquire
I.D. No. 66420
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17110
(717) 540-9170
Attorney for Plaintiff

Dated:  March 27, 2001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEWIS JOHNSON** | : | **CIVIL ACTION NO. 1:CV-00-1873** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HERSHEL W. GOBER, et. al.,** | : | **(Judge Kane)** |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

### CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Andrew J. Ostrowski, Esquire, certify that I have contacted Counsel for Defendants

AFGE and Peg Winters who has indicated that those Defendants will not oppose the foregoing

Motion.

By _____
Andrew J. Ostrowski, Esquire
I.D. No.: 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500

Dated: March 27, 2001          Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document, by depositing such in the U.S. Mail, first class, postage prepaid, addressed as follows:

>     Martin R. Cohen, Esquire
>     Suite 117, 10 Presidential Blvd.
>     Bala Cynwyd, PA 19004

By_____
            Andrew J. Ostrowski, Esquire
            4311 North Sixth Street
            Harrisburg, PA  17110
            (717) 221-9500

Dated: March 27, 2001