IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS JOHNSON, | : | CIVIL ACTION NO. 1:CV-00-1873 |
| Plaintiff, | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| HERSHEL W. GOBER, Acting Secretary of Veterans Affairs; RODNEY KISCADDEN; ALICE FIDLER; PEG WINTERS; IRVIN ERICKSON; RAYMENR KENT; and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1966, | : | FILED<br>HARRISBURG, PA<br><br>APR - 3 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of April 2001, upon consideration of Plaintiff's motion for enlargement of time within which to complete service of his complaint, **IT IS ORDERED THAT**:

1. Plaintiff is **GRANTED** an additional thirty (30) days from the date of this Order within which to complete service of the Summons and Complaint.

2. The scheduling conference currently scheduled for April 5, 2001, at 10 a.m. is **CANCELLED** and rescheduled to May 23, 2001, at 10:00 a.m. **The conference will be held by telephone. The placement of the telephone conference call is the responsibility of the parties. The telephone number of the court is 717-221-3990.**

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 3, 2001

Re: 1:00-cv-01873    Johnson v. Gober

True and correct copies of the attached were mailed by the clerk
to the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Martin R. Cohen, Esq.
American Federation of Government Employees
Assistant General Counsel
Ten Presidential Blvd
Bala Cynwyd, PA  19004

※ faxed to counsel

Mark D. Roth, Esq.
80 "F" Street, N.W.
Washington, DC  20001

```
cc:
Judge                           (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County   ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____         ( )
                                                        MARY E. D'ANDREA, Clerk
```

4-3-01

JK