IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON | : CIVIL ACTION NO. 1:CV-00-1873 |
| Plaintiff | : |
| v. | : (Judge Kane) |
| HERSHEL W. GOBER, et al. | : FILED HARRISBURG, PA |
| Defendant | : MAY 23 2001 |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

**ORDER**

AND NOW, this 23 day of May, 2001, **IT IS HEREBY ORDERED THAT** the Case Management Conference scheduled for May 23, 2001, at 10:00 a.m., is **RESCHEDULED** to June 27, 2001, at 9:30 a.m. This conference **will be held by telephone and shall be initiated by Plaintiff's counsel. The telephone number of the court is 717-221-3990.**

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 23, 2001

Re: 1:00-cv-01873    Johnson v. Gober

True and correct copies of the attached were mailed by the clerk
to the following:

    Andrew J. Ostrowski, Esq.
    4311 N. 6th St.
    Harrisburg, PA  17110

    Martin R. Cohen, Esq.
    American Federation of Government Employees
    Assistant General Counsel
    Ten Presidential Blvd
    Bala Cynwyd, PA  19004

    Mark D. Roth, Esq.
    80 "F" Street, N.W.
    Washington, DC  20001

```
cc:
Judge                           (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )    PA Atty Gen ( )
                                          DA of County   ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
                                              MARY E. D'ANDREA, Clerk
```

5-23-01