# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE:     **JOHNSON V. GOBER**     1:CV-00-1873

DATE:     June 27, 2001 @ 9:30 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE (VIA TC)

Time Commenced: 9:40     Time Terminated: 9:45

**PLAINTIFF: APPEARANCES**

Andrew Ostrowski, Esq.

**DEFENDANT: APPEARANCES**

Kate Mershimer, AUSA

Martin Cohen, Esq.

### REMARKS

Order to issue – reassign to another Judge b/c of association w/ Mr. Bailey.

FILED
HARRISBURG, PA

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk