IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeffrey J. Dunlap v. City of Harrisburg | 1:CV-01-1061 |
| Dori L. Beard v. Pennsylvania State University - Penn State Harrisburg Capitol College | 1:CV-01-374 |
| Lewis Johnson v. Hershel Gober, et al. | 1:CV-00-1873 |
| Stephanie M. Ritter v. Pennsylvania State University | 1:CV-00-1492 |

FILED
HARRISBURG, PA
JUN 27 2001
MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

## ORDER

The undersigned judge, having been advised that counsel for plaintiff in the above-captioned matters has joined the law firm of Don Bailey, is hereby recused pursuant to <u>Guide to Judiciary Policies & Procedures-Codes of Conduct for Judges & Judicial Employees</u>, ch. V, § 3.6-3.

AND NOW, this 27th day of June, 2001, **IT IS ORDERED THAT** the Clerk of Court shall reassign the above-captioned cases.

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re: 1:00-cv-01873   Johnson v. Gober

True and correct copies of the attached were mailed by the clerk to the following:

    Andrew J. Ostrowski, Esq.
    4311 N. 6th St.
    Harrisburg, PA  17110

    Kate L. Mershimer, Esq.
    U.S. Attorneys Office
    Room 217, Federal Bldg.
    228 Walnut St.
    Harrisburg, Pa  17108

    Martin R. Cohen, Esq.
    American Federation of Government Employees
    Assistant General Counsel
    Ten Presidential Blvd
    Bala Cynwyd, PA  19004

    Mark D. Roth, Esq.
    80 "F" Street, N.W.
    Washington, DC  20001

```
cc:
Judge                          (✓)        ( ) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
```

6-27-01