IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MINUTES OF CONFERENCE

Johnson v. Gober, et al.
1;CV-00-1873
July 26, 2001

**Hon. James F. McClure, Jr., Presiding, in Chambers, Williamsport, PA**
**Nature of Conference:** Initial case management conference - telephone conference call
**Time Commenced:** 4:15 PM   **Time Terminated:** 4:30 PM

PARTICIPANTS

**Plaintiff(s):**
Andrew J. Ostrowski, Esq.

**Defendant(s):**
Kate L. Mershimer, AUSA
Martin R. Cohen, Esq.

**Remarks:** Empl- discr compl filed 10/29/00 vs. V.A. + union et al. Gov't filed Answer, Union + Atty. filed mot/dism. Reviewed both plans. 7/02 j/s. All std dates.

FILED
WILLIAMSPORT, PA
JUL 26 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

_____ deputy clerk