**ORIGINAL**



FILED
JAN 1 7 2002
PER
HARRISBURG, PA  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS JOHNSON | : | CIVIL ACTION NO. 1:CV-00-1873 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JUDGE McCLURE |
| HERSHEL W. GOBER, Acting | : | |
| Secretary Of Veterans Affairs; | : | |
| | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

**MOTION FOR ENLARGEMENT OF TIME**

**AND NOW**, comes Plaintiff, through his attorney Andrew J. Ostrowski, Esquire, and in support of his Motion for Enlargement of Time, avers as follows:

1. The parties have been engaged in discovery in the above action, with a discovery deadline of March 1, 2001.

2. Due to the schedules of each Counsel in this case, the parties have been unable to schedule depositions before the month of February 2002.

3. In addition, Counsel for Defendants is scheduled for surgery and will be unavailable for a three week period in February and March 2002.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter an appropriate order granting an enlargement, until May 1, 2002, within which to complete discovery.

Respectfully Submitted,

Andrew J. Ostrowski, Esquire
I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: January 17, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON<br>　　　Plaintiff, | CIVIL ACTION NO. 1:CV-00-1873 |
| v. | JUDGE McCLURE |
| HERSHEL W. GOBER, Acting<br>Secretary Of Veterans Affairs; | JURY TRIAL DEMANDED |
| 　　　Defendants | |

## CERTIFICATE OF CONCURRENCE

I, Andrew J. Ostrowski, Esquire, certify that Counsel for Defendant has concurred in the foregoing Motion.

By _____
Andrew J. Ostrowski, Esquire
I.D. No.: 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: January 17, 2002

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by first class mail, addressed as follows:

Kate Mershimer, Esquire
Office of the United States Attorney
228 Walnut Street
Harrisburg, PA 17108

                                                                    _____
                                                                    Andrew J. Ostrowski, Esquire
                                                                    I.D. No.: 66420
                                                                    4311 North Sixth Street
                                                                    Harrisburg, PA 17110
                                                                    (717) 221-9500

Dated: January 17, 2002