IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS JOHNSON, | : | 1:CV-00-1873 |
| Plaintiff | : | (Judge McClure) |
| v. | : | |
| HERSHEL W. GOBER, Acting Secretary of Veterans Affairs; RODNEY KISCADDEN; ALICE FIDLER; PEG WINTERS; IRVIN ERICKSON; RAYMOND KENT; and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1966, | : | FILED WILLIAMSPORT, PA JAN 2 8 2002 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |
| Defendants | : | |

**ORDER**

January 28, 2002

**IT IS ORDERED THAT:**

1. **Motion granted.** Plaintiff's motion for enlargement of time (record document no. 24, filed January 17, 2002) is granted to the extent of the relief provided in this order.

2. **Trial list.** The case is removed from the July 2002 trial list and will be placed on a trial list, if necessary, upon disposition of all summary judgment

1

motions, or if none is timely filed. A final pretrial/settlement conference will then also be scheduled and motion in limine deadlines established.

3. **Discovery.** All fact discovery shall be completed on or before May 1, 2002.

4. **Dispositive motions.** All motions for judgment on the pleadings or for summary judgment shall be filed on or before May 15, 2002.

5. **Expert witnesses.** To the extent required by Fed. R. Civ. P. 26(a)(2), plaintiff will supply to defendants the name and report of his expert(s) on or before June 1, 2002, and defendants will supply to plaintiff the name and report of their expert(s) on or before June 29, 2002.

    5.1    Depositions of experts for use at trial in lieu of live testimony may be taken at any time prior to trial, with concurrence of counsel.

    5.2    Supplemental reports of plaintiff's experts must be supplied to opposing counsel on or before July 13, 2002.

    5.3    Supplemental reports of defendant's experts must be supplied to opposing counsel on or before July 27, 2002.

    5.4    All depositions of an opposing party's experts under Fed. R. Civ. P. 26(b)(4) must be conducted on or before August 10, 2002.

5.5    Counsel are reminded of their continuing obligation to supplement disclosures and responses in accordance with the provisions of Fed. R. Civ. P. 26(e), which obligation is not affected by this order.

7. **Superseding order.**  This order supersedes all previous scheduling orders, to the extent inconsistent herewith.

James F. McClure, Jr.
United States District Judge

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 28, 2002

Re:  1:00-cv-01873   Johnson v. Gober

True and correct copies of the attached were mailed by the clerk to the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

cc:
Judge                           ( )        ( ) Pro Se Law Clerk
Magistrate Judge                ( )        ( ) INS
U.S. Marshal                    ( )        ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )

Bankruptcy Court                ( )
Other_____prose(2)

                                                MARY E. D'ANDREA, Clerk

DATE:  1/28/02                          BY: _____