IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON,<br>Plaintiff | No. 1:CV-00-1873 |
| v. | (Judge McClure) |
| HERSHEL W. GOBER, Acting Secretary of<br>Veterans Affairs; et al.,<br>Defendants | **FILED**<br>WILLIAMSPORT, PA<br>APR  8 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

**ORDER**

AND NOW, this 8th day of April, 2002, upon consideration of Defendants' Unopposed Motion to Authorize/Compel Testimony of Plaintiff's Medical Practitioners Regarding Plaintiff's Mental And/or Physical Issues, **IT IS HEREBY ORDERED THAT** said motion is granted.

1.  Plaintiff's treating medical practitioners[1] are authorized and required upon being subpoenaed to testify and to provide information concerning plaintiff's past and present mental and physical conditions, statements, treatment, diagnoses and opinions, and prognoses, including the bases for the foregoing.

2.  Dissemination of any records provided by plaintiff's treating medical practitioners shall be limited to counsel for defendants in this matter, the United States Attorney's Office, and their staff and agents, including medical personnel or experts retained to assist them in the review and

---

[1] "Medical practitioner" means any person authorized by the law of the state in which he/she is employed or otherwise does business to render professional services as a physician (including but not limited to all medical doctors and doctors of osteopathy), chiropractor, nurse (registered, licensed practical or other), nurse-practitioner, physician's assistant, midwife, psychiatrist, optometrist, psychiatrist, psychologist, therapist, drug or alcohol or other substance abuse counselor, nutritionist, pharmacist, radiologist, or x-ray technician.

analysis of medical records and information or experts retained to assist them in the review and analysis of medical records and information; plaintiff's counsel and their staff and agents, including medical personnel; and the United States Middle District of Pennsylvania District Court for the sole and narrow purpose of the above-captioned litigation.

James F. McClure, Jr.
United States District Judge