IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS JOHNSON,<br>　　　Plaintiff | : | No. 1:CV-00-1873 |
| v. | : | (Judge McClure) |
| HERSHEL W. GOBER, Acting Secretary of<br>Veterans Affairs; et al.,<br>　　　Defendants | : | |

FILED
WILLIAMSPORT, PA
MAY 3 1 2002
MARY E. D'ANDREA, CLERK
Per_____
　　　　DEPUTY CLERK

ORDER

AND NOW, this 31st day of May, 2002, upon consideration of defendants' unopposed motion for an extension of time, **IT IS HEREBY ORDERED THAT** defendants' motion is granted. Defendants shall file their brief in support of their summary judgment motion on or before June 12, 2002.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES F. McCLURE, JR.
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 31, 2002

Re: 1:00-cv-01873    Johnson v. Gober

True and correct copies of the attached were mailed by the clerk to the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, PA  17108

cc:
| | | |
|---|---|---|
| Judge | ( ) | ( ) Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) INS |
| U.S. Marshal | ( ) | ( ) Jury Clerk |
| Probation | ( ) | |
| U.S. Attorney | ( ) | |
| Atty. for Deft. | ( ) | |
| Defendant | ( ) | |
| Warden | ( ) | |
| Bureau of Prisons | ( ) | |
| Ct Reporter | ( ) | |
| Ctroom Deputy | ( ) | |
| Orig-Security | ( ) | |
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( )       DA of County ( )   Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other _pries_ (2) | | |

MARY E. D'ANDREA, Clerk

DATE: 5/31/02          BY: _lp_