*Faxed to J. McClure*
*7/1/02*

35
7/2/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON : | CIVIL ACTION NO. 1:CV-00-1873 |
| Plaintiff, : | |
| : | FILED |
| v. : | HARRISBURG |
| : | JUDGE McCLURE |
| HERSHEL W. GOBER, Acting : | JUL 01 2002 |
| Secretary Of Veterans Affairs; : | MARY E. D'ANDREA, CLERK |
| : | JURY TRIAL DEMANDED |
| Defendants : | Deputy Clerk |

## MOTION FOR ENLARGEMENT OF TIME

**AND NOW**, comes Plaintiff, through his attorney Andrew J. Ostrowski, Esquire, and in support of his Motion for Enlargement of Time, avers as follows:

1. Defendant filed a Motion for Summary Judgment on June 12, 2002, making Plaintiff's response thereto due on or about July 1, 2002.

2. Plaintiff's Counsel has been, and will be, tied up in completing discovery and attending proceedings in several other cases, and, given the extent of the effort necessary to fully and completely respond to Defendant's Motion in this case, additional time will be needed so as to provide Plaintiff with his right to have an adequate opportunity to respond to this matter of utmost importance to him.

3. Under the circumstances, Plaintiff submits that cause exists for granting her an enlargement of time, until July 22, 2002 within which to respond to Defendant's Motion for Summary Judgment.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter an appropriate order granting an enlargement, until July 22, 2002, within which to respond to Defendant's Motion for Summary Judgment.

Respectfully Submitted,

Andrew J. Ostrowski, Esquire
I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: July 1, 2002

# CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document, by depositing such in the U.S. Mail, first class, postage prepaid, addressed as follows:

Kate Mershimer, Esquire
Office of the United States Attorney
208 Walnut Street
Harrisburg, PA 17108

By_____
Andrew J. Ostrowski, Esquire
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500

Dated: July 1, 2002