IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON : | CIVIL ACTION NO. 1:CV-00-1873 |
| Plaintiff, : | |
| : | |
| v. : | JUDGE McCLURE |
| : | |
| HERSHEL W. GOBER, Acting : | |
| Secretary Of Veterans Affairs; : | |
| LOCAL 1966 : | JURY TRIAL DEMANDED |
| Defendants : | |

FILED
WILLIAMSPORT, PA

JUL - 3 2002

MARY E. D'ANDREA, CLERK
Per_____
/DEPUTY CLERK

### ORDER

AND NOW, this 3rd day of July, 2002, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby ORDERED, that the Motion is granted and that Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed on or before July 22, 2002.

BY THE COURT:

James McClure
United States District Judge



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 3, 2002

Re:  1:00-cv-01873    Johnson v. Gober

True and correct copies of the attached were mailed by the clerk
to the following:

>   Andrew J. Ostrowski, Esq.
>   4311 N. 6th St.
>   Harrisburg, PA  17110
>
>   Kate L. Mershimer, Esq.
>   U.S. Attorneys Office
>   Room 217, Federal Bldg.
>   228 Walnut St.
>   Harrisburg, PA  17108

```
cc:
Judge                           (  )          (  ) Pro Se Law Clerk
Magistrate Judge                (  )          (  ) INS
U.S. Marshal                    (  )          (  ) Jury Clerk
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  ) with N/C attached to complt. and served by:
                                     U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen   (  )
                                          DA of County  (  )   Respondents   (  )
Bankruptcy Court                (✓)
Other_____press_____          (✓)
```

MARY E. D'ANDREA, Clerk

DATE: 7/3/02                                    BY: _____