IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS JOHNSON<br>　　　Plaintiff, | CIVIL ACTION NO. 1:CV-00-1873 |
| v. | JUDGE McCLURE |
| HERSHEL W. GOBER, Acting<br>Secretary Of Veterans Affairs;<br>LOCAL 1966<br>　　　Defendants | JURY TRIAL DEMANDED |

FILED
WILLIAMSPORT, PA

JUL 2 4 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　　DEPUTY CLERK

ORDER

AND NOW, this 24th day of July, 2002, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby ORDERED, that the Motion is granted and that Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed on or before July 29, 2002.

BY THE COURT:

James McClure
United States District Judge