IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORDER**

August 6, 2002

FILED
WILLIAMSPORT, PA

AUG 6 2002

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

**IT IS ORDERED THAT:**

The clerk is directed to reassign the cases on the attached list to the Honorable John E. Jones, III.

James F. McClure, Jr.
United States District Judge

## Location Cases

| | |
|---|---|
| 4:CV-00-1011 | P v. Austin Area School District |
| 4:CV-00-1381 | Allstate Insurance Company v. Sheridan |
| 4:CV-00-1451 | Livingston v. Gettysburg Borough, et al. |
| 4:CV-00-1576 | Ahrensfield v. Mt. Carmel Area School |
| 4:CV-00-1690 | Great West Casualty v. Zurich |
| 1:CV-00-1873 | Johnson v. Gober |
| 4:CV-00-1908 | Robbins v. Haranin Construction |
| 4:CV-00-2052 | 7-11 Sales, Inc. v. Rite Aid Corporation |
| 4:CV-01-0047 | Pennell v. Bobst Group |
| 4:CV-01-0309 | Longstreet v. Holy Spirit Hospital |
| 1:CV-01-0357 | Edwards v. Pennsylvania Turnpike |
| 4:CV-01-0430 | Cope v. Wolfe |
| 4:CV-01-0509 | Weaver v. USA |
| 4:CV-01-0613 | Bailey v. Doe |
| 4:CV-01-0744 | Hill, et al. v. City of Scranton, et al. |
| 4:CV-01-0859 | Marx v. Continental Insurance |
| 4:CV-01-1031 | Oyler v. United States |
| 4:CV-01-1297 | Atchison Casting v. Lambach |
| 4:CV-01-1309 | Erb v. UGI Utilities, Inc. |