48

RB 2/12



## Return Receipt

| | |
|---|---|
| Your document: | 1:00-CV-1873 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 02/12/2003 10:21:00 AM |

FILED
HARRISBURG, PA

FEB 12 2003

MARY E. D'ANDREA, CLERK
Per ______________
Deputy Clerk