OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4922



February 13, 2003

### NOTICE OF DOCKETING OF APPEAL

**Johnson v. Secretary Veterans**

**No.: 00-cv-01873**

**Honorable John E. Jones, III**

An appeal by **Lewis Johnson** was filed in the above-caption case on 2/10/03, and docketed in this Court on 2/13/03 at No. **03-1423**.

Kindly use the Appeals Docket No. **03-1423** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk