OFFICE OF THE CLERK

| MARCIA M. WALDRON | UNITED STATES COURT OF APPEALS | TELEPHONE |
|---|---|---|
| CLERK | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | 267-299-4922 |

February 13, 2003

**NOTICE OF DOCKETING OF APPEAL**

**FILED
HARRISBURG, PA

FEB 13 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk**

**Johnson v. Secretary Veterans**

**No.: 00-cv-01873**

**Honorable John E. Jones, III**

An appeal by **Lewis Johnson** was filed in the above-caption case on 2/10/03, and docketed in this Court on 2/13/03 at No. **03-1423**.

Kindly use the Appeals Docket No. **03-1423** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk