UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-1423

LEWIS JOHNSON,
Appellant

v.

HERSHEL W. GOBER, Acting Secretary of Veterans Affairs;
RODNEY KISCADDEN; ALICE FIDLER, PEG WINTERS;
IRVIN ERICKSON; RAYMER KENT;
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES; Local 1966

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 00-cv-01873)
District Judge: Hon. John E. Jones, III

Before: SLOVITER, ALITO Circuit Judges and OBERDORFER, District Judge*

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on December 5, 2003.

---

*    Hon. Louis F. Oberdorfer, United States District Court for the District of Columbia sitting by designation.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered January 21, 2003, be, and the same is, hereby affirmed. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brouwer*

Chief Deputy Clerk

Dated: December 18, 2003

Certified as a true copy and issued in lieu of a formal mandate on  2/9/04

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit