OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4922 |

www.ca3.uscourts.gov

February 9, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108


**RE: Docket No. 03-1423**
    **Johnson  vs. Secretary Veterans**
    **D.C. No. 00-cv-01873**


Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk


                    By:  Lynn Lopez
                         Case Manager



Enclosure

cc: Andrew J. Ostrowski, Esq.
    Kate L. Mershimer, Esq.